IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JAMES MAULDIN,

    Plaintiff,                          CV F 04 6527 REC   WMW   P

   vs.                                 <u>ORDER RE MOTION (DOC 5 )</u>

C. NASON, et al.,

    Defendants.

Plaintiff has filed a motion for a protective order and a request for copies of documents in his file. Until such time as a discovery order has been entered, no discovery may be had by any party, and no discovery motions will be entertained. Plaintiff's motion for a protective order is therefore denied as moot.

As to plaintiff's motion for copies of documents, copies may be obtained at a cost of fifty cents per page. Plaintiff should contact the Clerk's Office for copies. Any copy request should be accompanied by the appropriate fee.

Accordingly, plaintiff's motions for a protective order and for copies are denied.

IT IS SO ORDERED.

**Dated:   August 18, 2005**                     /s/  William M. Wunderlich
mmkd34                                          UNITED STATES MAGISTRATE JUDGE