# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES JAMES MAULDIN, | 1:04-cv-06527-LJO-YNP-GSA(PC) |
| Plaintiff, | ORDER FINDING SERVICE OF SECOND COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| C. NASON, et al., | |
| Defendants. | (Doc. 1) |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983 On February 22, 2010, the court screened Plaintiff's June 26, 2009, second amended complaint pursuant to 28 U.S.C. § 1915A, and found that it states cognizable claims against Defendants Nason and Vargas for excessive force violation of the Eighth Amendment.[1] Fed. R. Civ. P. 8(a); Erickson v. Pardus, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Plaintiff was granted leave to file a third amended complaint. On March 9, 2010, Plaintiff filed a document styled as a motion to proceed. In this document, Plaintiff indicates his willingness to proceed on the second amended complaint. Accordingly, it is HEREBY ORDERED that:

   1.   Service is appropriate for the following defendants:

---

[1] In a Findings and Recommendations issued concurrently with this Order, the Court recommends that Defendant Butts be dismissed.

1

1          C/O NASON

2          C/O VARGAS

4  2.  The Clerk of the Court shall send Plaintiff two USM-285 forms, two summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the second amended complaint filed June 29, 2009.

7  3.  Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

10     a.  Completed summons;

11     b.  One completed USM-285 form for each defendant listed above; and

12     c.  Three copies of the endorsed second amended complaint filed June 29, 2009.

13  4.  Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

17  5.  <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

21  IT IS SO ORDERED.

22  **Dated:**   **March 15, 2010**       /s/ **Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE