IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES JAMES MAULDIN,

    Plaintiff,                        1: 04 CV 06527 LJO MJS (PC)

    vs.                               ORDER RE: FINDINGS & RECOMMENDATIONS (#30)

C.  NASON, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On March 15, 2010, findings and recommendations were entered, recommending dismissal of Defendant Butts for failure to state a claim upon which relief can be granted. Plaintiff was provided an opportunity to file objections within thirty days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on March 15, 2010, are adopted in full; and

2. Defendant Butts is dismissed based on Plaintiff's failure to state any claims against him.

IT IS SO ORDERED.

**Dated:**   **April 20, 2010**                                         /s/ Lawrence J. O'Neill
                                                                              UNITED STATES DISTRICT JUDGE